## George Trumbull Woodbury, Appellant, v. United States Casualty Company, Appellee.

### Gen. No. 21,850.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORÉ, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed April 18, 1917. Rehearing denied May 9, 1917.

### Statement of the Case.

Action by George Trumbull Woodbury, plaintiff, against the United States Casualty Company, a corporation, defendant, to recover on an insurance policy. From a judgment for defendant, on a directed verdict, plaintiff appeals.

The decision in this case is governed by the decision in the case of *Woodbury v. Ocean Accident & Guarantee Corporation, Ltd., ante,* p. 387.

FREDERICK A. BROWN and RAYMOND S. PRUITT, for appellant; JOHN G. McDONALD, of counsel.

MOSES, ROSENTHAL & KENNEDY, for appellee; JOSEPH W. MOSES and WALTER BACHRACH, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.